IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30797
Conference Calendar

_____

JOSEPH C. HARRIS,

Plaintiff-Appellant,

versus

BURL CAIN, Warden ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-1715-B-M1
- - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Joseph C. Harris, Louisiana state prisoner #118642, appeals from the district court's grant of summary judgment to the defendants in his civil rights suit pursuant to 42 U.S.C. § 1983. He argues that the defendants were deliberately indifferent to his serious medical needs. We have reviewed the record and find no reversible error.

This appeal is frivolous. It is DISMISSED. 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.